IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-91-D

| | | |
|---|---|---|
| DOROTHY H. ORTIZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE VANCE COUNTY SCHOOL ADMINISTRATIVE UNIT, and VANCE COUNTY BOARD OF EDUCATION, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's motion to file an amended complaint [D.E. 15] is GRANTED. The amended complaint is due no later than September 28, 2018. Defendants may plead in response to the amended complaint in accordance with the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(3). Defendants' motions to dismiss [D.E. 8, 19] are dismissed.

SO ORDERED. This 24 day of September 2018.

JAMES C. DEVER III
Chief United States District Judge