UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DOROTHY H. ORTIZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 5:18-cv-91-D** |
| ) | |
| THE VANCE COUNTY SCHOOL ) | |
| ADMINISTRATIVE UNIT, d/b/a Vance County ) | |
| Public Schools, and VANCE COUNTY BOARD ) | |
| OF EDUCATION, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 41] and DISMISSES WITHOUT PREJUDICE Ortiz's second amended complaint.

**This Judgment Filed and Entered on May 1, 2019, and Copies To:**

Carena Brantley Lemons　　　　　　　　　　(via CM/ECF electronic notification)

Daniel W. Clark　　　　　　　　　　　　　　(via CM/ECF electronic notification)

DATE:　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

May 1, 2019　　　　　　　　　　(By)　/s/ Nicole Sellers
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk